UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER BACON,

        Plaintiff,

v.

DEPARTMENT OF HUMAN SERVICES
and SONJA BUCCHOLTZ,

        Defendants.

Case No. 3:18-cv-01925-YY

VERDICT FORM

We, the jury, being duly empaneled and sworn in the above-entitled cause, do find as follows.

**On Ms. Bacon's claim against Defendant DHS under ORS 659A.199:**

1. Did Ms. Bacon prove by a preponderance of the evidence that DHS retaliated against her by either creating a hostile work environment or by terminating her employment because she reported what she reasonably believed to be unlawful conduct about either Jonica Durbin or Miguel Fuentes?

ANSWER:   YES _____   NO __X__

**On Ms. Bacon's claim against Defendant Buchholtz under 42 USC §1983:**

2. Did Ms. Bacon prove by a preponderance of the evidence that Defendant Buchholtz retaliated against her by either creating a hostile work environment or by terminating her employment because she reported what she reasonably believed to be unlawful conduct about either Miguel Fuentes or Jonica Durbin?

ANSWER:   YES _____   NO __X__

If your answers to Question 1 and Question 2 is "No" then your verdict is for Defendants, and the presiding juror should sign the verdict form. If your answer to Question 1 and/or Question 2 is "Yes," then proceed to Question 3.

1—VERDICT FORM

**Damages:**

3. What, if anything, are the damages caused to Plaintiff as a result of Defendant(s) retaliation?

Economic _____

Non-Economic _____

Your deliberations are over. The presiding juror must sign the verdict form.

Dated this 2nd day of November, 2021.

███████████████
Presiding Juror