ELLEN F. ROSENBLUM
Attorney General
VANESSA A. NORDYKE  #084339
Senior Assistant Attorney General
KENNETH C. CROWLEY  #883554
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792
Email:  Vanessa.A.Nordyke@doj.state.or.us
           kenneth.c.crowley@doj.state.or.us

Attorneys for Defendants Oregon DHS and Sonya Buchholtz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER BACON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HUMAN SERVICES, a subdivision of the State of Oregon; and SONYA BUCHHOLTZ, an individual,<br><br>　　　　Defendants. | Case No.  3:18-cv-01925-YY<br><br>GENERAL JUDGMENT |

**GENERAL JUDGMENT**

This Court previously dismissed Claim Two, Counts One and Two on defendants' motion for summary judgment and dismissed defendant DHS for Claim 3.  Dkt # 54, Order. All remaining claims (Claim 1 – Retaliation under O.R.S. 659A.199; Claim 3 – § 1983 violations of First and Fourteenth Amendments; Claim 4 – Hostile Work Environment) proceeded to trial by

Page 1 -　GENERAL JUDGMENT
　　　　　VAN/cbh/9282467-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

jury. This matter proceeded before the Honorable Youlee You for trial by jury on October 25-November 1, 2021. Plaintiff appeared by and through her attorneys, Holly Lloyd and Judy Snyder, and defendants appeared by and through attorneys Vanessa A. Nordyke and Kenneth Crowley, Senior Assistant Attorneys General. On November 2, 2021, the jury unanimously found in defendants' favor on all claims.

NOW, THEREFORE, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: _____

_____
HONORABLE YOULEE YOU
U. S. District Court Judge

Submitted by: Vanessa A. Nordyke
Senior Assistant Attorney General
Attorneys for Defendants

Page 2 -    GENERAL JUDGMENT
VAN/cbh/9282467-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

## CERTIFICATE OF READINESS

This proposed **GENERAL JUDGMENT** is ready for judicial signature because:

1.   [  ]   Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

2.   [X]   Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me.

3.   [  ]   I have served a copy of this order or judgment on each party entitled to service and:

    a.   [  ]   No objection has been served on me.

    b.   [  ]   I received objections that I could not resolve with a party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.

    c.   [  ]   After conferring about objections, [role and name of objecting party] agreed to independently file any remaining objection.

4.   [  ]   Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

Page 1 -   CERTIFICATE OF READINESS
        VAN/cbh/9282467-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

5. [ ] This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (5) of this rule.

6. [ ] Other:_____.

DATED this  21  day of January, 2022.

                                 *s/Vanessa Nordyke*
VANESSA A. NORDYKE #084339
Senior Assistant Attorney General
KENNETH CROWLEY #883554
Senior Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4792
Vanessa.A.Nordyke@doj.state.or.us
Kenneth.C.Crowley@doj.state.or.us
Attorneys for Defendants

Page 2 -   CERTIFICATE OF READINESS
     VAN/cbh/9282467-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

# CERTIFICATE OF SERVICE

      I certify that on January  13 , 2022, I served the foregoing PROPOSED GENERAL JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ms. Judy Danelle Snyder | ___ HAND DELIVERY |
| Ms. Holly M Lloyd | ___ MAIL DELIVERY |
| Law Offices of Judy Snyder | ___ OVERNIGHT MAIL |
| 1000 SW Broadway Ste 2400 | ___ TELECOPY (FAX) |
| Portland OR  97205 | _X_ E-MAIL ONLY |
|     Of Attorneys for Plaintiff | judy@jdsnyder.com; holly@jdsnyder.com |
| | ___ E-SERVE |

                                     *s/ Vanessa Nordyke*
                              VANESSA A. NORDYKE #084339
                              KENNETH C. CROWLEY  #883554
                              Senior Assistant Attorneys General
                              Trial Attorneys
                              Tel (503) 947-4700
                              Fax (503) 947-4792
                              Vanessa.A.Nordyke@doj.state.or.us
                              kenneth.c.crowley@doj.state.or.us
                              Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
             VAN/cbh/9282509-v5

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792