UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER BACON,

       Plaintiff,

  v.

DEPARTMENT OF HUMAN SERVICES
and SONJA BUCCHOLTZ,

       Defendants.

Case No. 3:18-cv-01925-YY

GENERAL JUDGMENT

      On defendants' motion for summary judgment, this Court previously dismissed Claim Two, Counts One and Two, and dismissed defendant DHS from Claim 3. ECF 54, Order. All remaining claims (Claim 1 – Retaliation under O.R.S. 659A.199; Claim 3 – § 1983 violations of First and Fourteenth Amendments; Claim 4 – Hostile Work Environment) were tried to a jury from October 25 through November 1, 2021. Plaintiff appeared by and through her attorneys, Holly Lloyd and Judy Snyder, and defendants appeared by and through attorneys Vanessa A. Nordyke and Kenneth Crowley, Senior Assistant Attorneys General. On November 2, 2021, the jury unanimously found in defendants' favor on all claims.

      THEREFORE, IT IS ADJUDGED that this action is dismissed with prejudice.

1 – GENERAL JUDGMENT

Defendant is awarded costs in the amount of $20.00 for docket fees pursuant to 28 U.S.C. § 1923, and transcript costs of $512.40 pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d).

DATED: January 27, 2022

                                                                               /s/ Youlee Yim You
                                                                               Youlee Yim You
                                                                               United States Magistrate Judge