UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNIFER BACON,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>DEPARTMENT OF HUMAN SERVICES, a subdivision of the State of Oregon and SONJA BUCHHOLTZ, an individual,<br><br>      Defendants - Appellees. | No. 22-35142<br><br>D.C. No. 3:18-cv-01925-YY<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered April 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7