UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JENNIFER BACON,

        Plaintiff,

    v.

DEPARTMENT OF HUMAN SERVICES, a subdivision of the State of Oregon, and SONYA BUCHHOLTZ, an individual,

        Defendants.

Case No. 3:18-cv-01925-YY

GENERAL JUDGMENT

      Following remand from the Ninth Circuit Court of Appeals, plaintiff's First Claim for Relief (Retaliation—O.R.S. 659A.199—against defendant DHS), Second Claim for Relief (Retaliation for Use of OFLA Leave—O.R.S. 659A.183—against defendant DHS), and Third Claim for Relief (First Amendment Free Speech Retaliation—42 U.S.C. § 1983—against defendant Sonya Buccholtz) were tried to a jury between February 20 and March 1, 2024. Plaintiff appeared by and through her attorneys, Holly Lloyd and Judy Snyder, and defendants appeared by and through attorneys Kenneth Crowley and Tracy White, Senior Assistant Attorneys General. On March 1, 2024, the jury unanimously found in defendants' favor on all claims. THEREFORE, IT IS ADJUDGED that this action is dismissed with prejudice.

      DATED April 4, 2024.

                                      /s/ Youlee Yim You
                                      Youlee Yim You
                                      United States Magistrate Judge

1 – GENERAL JUDGMENT